# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00088-CR

**Matthew James Farrell, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. CR2015-006, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Matthew James Farrell seeks to appeal the district court's order that did not consider Farrell's "Motion to Set Aside Conviction and Dismiss Charges" because the court concluded that it lacked jurisdiction to grant the request for judicial clemency. *See* Tex. Code Crim. Proc. art. 42A.701(f). We conclude that we lack jurisdiction to consider this appeal.

"The standard for determining jurisdiction is . . . whether the appeal is authorized by law." *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008); *see* Tex. Code Crim. Proc. art. 44.02 (addressing defendants' appeals in criminal cases); Tex. R. App. P. 25.2(a)(2) (authorizing appeals from "judgment of guilt or other appealable order"); *State ex rel. Lykos v. Fine*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011) (noting that appeals in criminal cases are permitted only when specifically authorized by statute). There is no statutory authorization for a defendant to appeal an order that does not grant judicial clemency because the trial court

concludes that it lacks jurisdiction over the motion for judicial clemency. *See Gomez v. State*, No. 10-15-00338-CR, 2018 Tex. App. LEXIS 3100, at *1-2 (Tex. App.—Waco May 2, 2018, no pet.) (mem. op., not designated for publication) (dismissing defendant's appeal from order denying his motion for judicial clemency after trial court determined that it lacked jurisdiction); *Raley v. State*, 441 S.W.3d 647, 651 (Tex. App.—Houston [1st Dist.] 2014, pet. ref'd) (same); *Nelson v. State*, No. 05-13-00069-CR, 2013 Tex. App. LEXIS 14095, at *1 (Tex. App.—Dallas Nov. 18, 2013, no pet.) (mem. op., not designated for publication) (dismissing defendant's appeal of trial court's order concluding that it lacked jurisdiction to consider defendant's motion for judicial clemency); *see also Dewalt v. State*, 417 S.W.3d 678, 685 n.34 (Tex. App.—Austin 2013, pet. ref'd) (noting that defendant has no right to appeal order denying judicial clemency).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed:  May 30, 2019

Do Not Publish

2